UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Milena Jovic, et al.
  Plaintiff,

v.  Case No.: 1:10–cv–05197
  Honorable John Z. Lee

Engility Corporation, Inc., et al.
  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 7, 2016:

MINUTE entry before the Honorable John Z. Lee:Status hearing held on 4/7/16. Counsel reports that the case is resolved and they are working through one remaining issue. Status hearing set for 5/10/16 at 9:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.